UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| RITA LOUISE DEAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:24-cv-1111 |
| | : | |
| RAYMOND J. LaROCQUE, | : | |
| | : | |
| Defendant. | : | |

ORDER

On or before October 8, 2025, the parties shall jointly prepare and file a discovery schedule in compliance with Local Rule 26(a)(3) and (4). Failure to do so shall constitute a waiver of the need for discovery and the case shall be placed on the trial list.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 24th day of September 2025.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Judge